**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CUSTOM MANUFACTURING AND**
**ENGINEERING, INC.,**

    Plaintiff,

v.                                                  Case No.  **8:03-cv-2671-T-30MAP**

**MIDWAY SERVICES, INC., et al.,**

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendants Midway Services, Inc., Automated Engineering Corporation, MDCO, Inc., and NTU Electronics, Inc.'s Motion to Quash Subpoena and/or for Protective Order (Dkt. 153).  Upon review and consideration, it is hereby ORDERED AND ADJUDGED that Defendants' Motion be **GRANTED**.  Mr. David Levenreich is protected from appearing before this Court at the hearing scheduled for **Friday, September 23, 2005 at 9:00 a.m.**  Should this Court determine at the hearing that Mr. Levenreich's appearance is necessary for the disposition of this matter, Plaintiff will be able to present Mr. Levenreich at a later date.

    **DONE** and **ORDERED** in Tampa, Florida on September 21, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2671 Motion to Quash Subpoena.frm