**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CUSTOM MANUFACTURING AND
ENGINEERING, INC.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.  8:03-cv-2671-T-30MAP**

**MIDWAY SERVICES, INC., et al.,**

    **Defendants.**

_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendants Midway Services, Inc., James F. Stosic and Genium, Inc.'s (hereinafter "Defendants") Motion to Compel Production of Documents (Dkt. #152) and hearing on the same.  Upon review and consideration and argument from parties, it is ORDERED AND ADJUDGED that:

    1.    Defendants' Motion to Compel (Dkt. #152) is **GRANTED**.  Plaintiff shall have fourteen (14) days to produce the requested documents and fourteen (14) days to produce Mr. Robin Trupp's personal financial records.

    2.    This Court further orders Defendants to restrict the use of Mr. Trupp's personal financial records to that required for these proceedings.  If the substance of the financial records requires the taking of Mr. Trupp's deposition, Mr. Trupp is hereby ordered to appear at said deposition at a time and place agreed upon between the parties.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2671 Motion to Compel.frm