# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CUSTOM MANUFACTURING AND ENGINEERING, INC.,**

    Plaintiff,

v.                                                       Case No.  8:03-cv-2671-T-30MAP

**MIDWAY SERVICES, INC., et al.,**

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Arnstein & Lehr, LLP and Robin Trupp's Motion for Approval of Supersedeas Bond and for Stay Pending Appeal (Dkt. 231), Defendants' James F. Stosic and Genium, Inc.'s Response to the same (Dkt. 233) and Arnstein & Lehr, LLP and Robin Trupp's Reply in Support of its Motion for Approval of Supersedeas Bond (Dkt. 240).  Upon review and consideration of the same and having been fully advised in the premises, this Court finds Arnstein & Lehr, LLP and Robin Trupp's motion is **GRANTED**.  *See Cooter & Gell v. Hartmarx Corporation,* 496 U.S. 384, 409 (finding that Rule 11 did not allow district court to award attorneys' fees incurred on appeal from Rule 11 sanction).

It is therefore ORDERED AND ADJUDGED that:

1. Arnstein & Lehr, LLP and Robin Trupp's Motion for Approval of Supersedeas Bond and for Stay Pending Appeal is **GRANTED**.

2. Execution of the Rule 11 sanctions Order as it pertains to Arnstein & Lehr, LLP and Robin Trupp is hereby **STAYED** pending resolution of the same on appeal.

**DONE** and **ORDERED** in Tampa, Florida on October 27, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2671 Motion to Approve Supersedeas Bond.frm