UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CUSTOM MANUFACTURING AND
ENGINEERING, INC.,

    Plaintiff,

v.                                    Case No.  8:03-cv-2671-T-30MAP

MIDWAY SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Notice of Filing Mediation Results Report (Dkt. #263).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     All pending motions are denied as moot.

2.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 28, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2003\03-cv-2671.order 263.wpd