**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CUSTOM MANUFACTURING AND**
**ENGINEERING, INC.,**

    **Plaintiff,**

**v.**                                       **Case No.  8:03-CV-2671-T-30MAP**

**MIDWAY SERVICES, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon a Motion to Determine Amount of Appellate Attorney Fees filed by Defendant Midway Services, Inc. ("Midway") (Dkt. 267). On June 4, 2008, the Eleventh Circuit Court of Appeals granted as to entitlement Midway's motion for appellate attorney fees and remanded this matter to this Court with instructions to determine the reasonable appellate attorney's fees and expenses to be awarded, see Dkt. 266. The parties have filed a Joint Notice of Settlement of the issues raised in the remand order. Upon review and consideration of the same and having been fully advised in the premises, this Court finds that no issues requiring judicial determination remain in this matter.

It is therefore **ORDERED and ADJUDGED** that the Motion to Determine Amount of Appellate Attorney Fees is **DENIED** as moot (Dkt. 267).

**DONE** and **ORDERED** in Tampa, Florida on August 7, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record
Clerk, USCA

S:\Odd\2003\03-cv-2671 Motion Appellate Atty Fees.wpd